IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARVESTER JOHNSON, JR., | No. 2:14-CV-2029-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA HEALTH CARE FACILITY, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's: (1) second amended complaint (Doc. 17); and (2) motion for leave to proceed in forma pauperis (Doc. 18).

A review of the docket reflects that plaintiff amended his original complaint once as of right with the filing of a first amended complaint. Because plaintiff has not obtained leave of court to file a second amended complaint, see Federal Rule of Civil Procedure 15(a)(2), plaintiff's second amended complaint will be stricken.

/ / /

/ / /

1

　　　　Turning to plaintiff's motion for leave to proceed in forma pauperis, the court observes that such status has already been granted in this case. The renewed request will, therefore, be denied as unnecessary.

　　　　The court will address the sufficiency of plaintiff's first amended complaint by separate order.

　　　　According, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's second amended complaint (Doc. 17) is stricken; and

　　　　2.　　Plaintiff's renewed motion for leave to proceed in forma pauperis (Doc. 18) is denied as unnecessary.

DATED:  May 21, 2015

　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　　　CRAIG M. KELLISON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE